Judge WILKINSON wrote an opinion concurring in the denial of rehearing en banc, in which Judge NIEMEYER joined. Judge GREGORY wrote an opinion dissenting from the denial of rehearing en banc, in which Judge WYNN joined.

AMENDED ORDER

ORDER
WILKINS, Circuit Judge.
The Court denies the petition for rehearing en banc.
A requested poll of the Court failed to produce a majority of judges in regular active service and not disqualified who voted in favor of rehearing en banc. Judge Motz, Judge Gregory, Judge Keenan, Judge Wynn, and Judge Thacker voted to grant rehearing en banc. Chief Judge *414 Traxler, Judge Wilkinson, Judge Niemeyer, Judge King, Judge Shedd, Judge Duncan, Judge Agee, and Judge Floyd voted to deny rehearing en banc. Judge Diaz recused himself and did not participate in the poll.
Entered at the direction of Judge Niem-eyer.